**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-20-00722-CV**

---

**IN RE DEBRA MCLEOD, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 20-08-26306**

---

## MEMORANDUM OPINION

On October 22, 2020, relator Debra McLeod filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Carol Chaney, presiding judge of the County Court at Law of Waller County, to vacate her October 5, 2020 order denying relator's plea in abatement.

Because relator has not shown she is entitled to mandamus relief, we deny her petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.